1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHARLES R. SMITH,                              No.  2:13-cv-02387-KJN P

12                    Petitioner,

13         v.                                        ORDER

14    FRED FOULK, Warden,

15                    Respondent.

16

17         Petitioner is a state prisoner, proceeding pro se and in forma pauperis, in this habeas

18    corpus action filed pursuant to 28 U.S.C. § 2254.  Petitioner consented to the jurisdiction of the

19    undersigned magistrate judge for all purposes.  See 28 U.S.C. § 636(c); Local Rule 305(a).  On

20    December 18, 2013, the undersigned dismissed this action without prejudice, on the ground that

21    the instant petition is successive.  (See ECF No. 6.)  Plaintiff was directed to seek leave from the

22    Ninth Circuit Court of Appeals authorizing this court to consider the petition in a newly-filed

23    action.  28 U.S.C. § 2244(b)(3).  For this reason, the court declined to issue the certificate of

24    appealability referenced in 28 U.S.C. § 2253.

25         Now, five months later, plaintiff requests a certificate of appealability, based on the

26    alleged merits of his underlying petition.  Plaintiff is informed that he does not require a

27    certificate of appealability to seek leave from the Court of Appeals to proceed with a successive

28    petition.  Therefore, for the reasons previously stated, petitioner's request will be denied.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  Plaintiff's request for a certificate of appealability (ECF No. 9) is denied.

3        2.  The Clerk of Court is directed to send plaintiff, together with service of this order, a

4    copy of the court's order filed December 18, 2013 (ECF No. 6).

5        3.  Plaintiff is informed that the court will not consider or address any further filings in

6    this action.

7        SO ORDERED.

8    Dated:  June 6, 2014

9

10   /smit2387.noCOA

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2